UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-CR-60094 - BLOOM/VALLE

UNITED STATES OF AMERICA,

       Plaintiff,

v.

NATALIE JEWELRY d/b/a
GOLDEN OPPERTUNITIES, JED LADIN,
And NATALIE LADIN,

       Defendants.
_____/

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

This Matter was referred to the Honorable Alicia Valle, United States Magistrate Judge, for a Report and Recommendation on all post judgment motions, including Petitioner Lee Toner d/b/a Americana Collectors, LLC's ("Americana") Third Party Petition for Return of Forfeited Property, ECF No. [144], and the United States of America's Motion for Summary Judgment against Americana, ECF No. [365] ("Motion"). On December 23, 2015, Judge Valle issued a Report and Recommendation recommending that the Motion be granted and the Petition be dismissed with prejudice. *See* ECF No. [437]. The Report and Recommendation advised that "[o]bjections to this R & R may be filed with the District Judge within fourteen (14) days of being served a copy." ECF No. [437 at 8]. Magistrate Judge Valle required that the United States serve a copy of the Report and Recommendation on all pro se and individual petitioners in this ancillary forfeiture proceeding via U.S. Mail and file a notice of compliance within two business days. ECF No. [437 at 7]. On December 29, 2015, the United States filed its Notice of Compliance, ECF No. [438], notifying the Court that it had served a copy of the Court's

1

December 23, 2015 Report and Recommendation on all *pro se* and individual petitioners. To date, no objections have been filed, nor has there been a request for additional time to file objections. The Court has, nonetheless, conducted a *de novo* review of Magistrate Judge Valle's Report and Recommendation and the record and is otherwise fully advised in the premises. *See Williams v. McNeil*, 557 F.3d 1287, 1291 (11th Cir. 2009) (citing 28 U.S.C. § 636(b)(1)).

Upon review, the Court finds Judge Valle's Report and Recommendation to be well reasoned and correct.  The Court agrees with the analysis in Judge Valle's Report and Recommendation. Based on the undisputed record evidence, Americana lacks standing to challenge the forfeiture of the property at issue as it has failed to establish a legal interest in the seized property. The United States' Motion for Summary Judgment, ECF No. [365], is be GRANTED for the reasons set forth therein.

For the foregoing reasons, it is **ORDERED and ADJUDGED** as follows:

1. Magistrate Judge Valle's Report and Recommendation, ECF No.[437], is hereby **ADOPTED**;

2. The United States of America's Motion for Summary Judgment, ECF No. [365], is **GRANTED**;

3. Petitioner Americana's Third Party Petition for Return of Forfeited Property, ECF No. [144], is **DISMISSED.**

**DONE and ORDERED** in Miami, Florida, this 12th day of January, 2016.

_____
BETH BLOOM
UNITED STATES DISTRICT JUDGE

Copies furnished to:
The Honorable Alicia O. Valle

Counsel of record